No. 90–7806. SINGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–1505. TORRES, DBA LEGAL SECRETARIAL SERVICES, LTD., ET AL. v. ILLINOIS BELL TELEPHONE CO. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–7541. OCCHICONE v. FLORIDA. Sup. Ct. Fla.; and
No. 90–7549. WILLIAMS v. ALABAMA. Sup. Ct. Ala. Certiorari denied. Reported below: No. 90–7541, 570 So. 2d 902; No. 90–7549, 571 So. 2d 338.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.